```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
TYRONE DOBBINSON, et al.

                Plaintiff,
                                              14 Civ. 8620 (RWS)
    - against -
                                              ORDER
ALLAN PARHAM, et al.,

                Defendants.
------------------------------------X
```

**Sweet, D.J.**

Plaintiffs' letter motion seeking an order to enforce the Settlement Agreement and award costs and attorneys' fees, dated February 12, 2018, shall be heard at 12:00PM on Wednesday, March 7, 2018 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

New York, NY
February 12, 2018

ROBERT W. SWEET
U.S.D.J.